| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION  MAGISTRATE JUDGE ASHMAN | DOCKET NUMBER *(Tran. Court)* 4:03CR00154 CEJ |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Antonio Zotta | DISTRICT Eastern District of Missouri | DIVISION Eastern District of Missouri |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Carol E. Jackson Chief United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 4, 2007 / TO May 3, 2010 |

| OFFENSE Conspiracy to Distribute Cocaine | 08CR 0020 |
|---|---|

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"      **JUDGE DOW**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

December 13, 2007
_____
Date

_____
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 8 2008
_____
Effective Date

_____
United States District Judge

**F I L E D**

JAN 0 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT