## United States District Court

Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward
Clerk of Court

314-244-7900

January 17, 2008

Mr. Michael Dobbins, Clerk
United States District Court
219 South Dearborn Street
Chicago, IL 60604

**FILED**

JAN 2 4 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| RE: | USA v. Antonio Zotta |
| Our Case #: | 4:03CR154 CEJ |
| ND/IL #: | 08cr20 |

Dear Mr. Dobbins:

Enclosed please find a certified copy of the transfer of jurisdiction form, indictment, judgment and docket sheet as requested in the transfer form.

Please return the enclosed copy of this letter as acknowledgment of the receipt of above.

Sincerely,
JAMES G. WOODWARD, CLERK

By: _D. O'Leary_
D. O'Leary
Deputy Clerk

RECEIVED BY: _____

DATE: _____

Enclosures

TERMED

# U.S. District Court
# Eastern District of Missouri (LIVE) (St. Louis)
# CRIMINAL DOCKET FOR CASE #: 4:03-cr-00154-CEJ All Defendants
# Internal Use Only

Case title: USA v. Zotta
Other court case number: 1:03-cr-002840752 INTERIN

Date Filed: 03/20/2003
Date Terminated: 10/08/2003

Assigned to: Honorable Carol E. Jackson

**Defendant (1)**

**Antonio Zotta**
*TERMINATED: 10/08/2003*

represented by **Mitchell D. Kreiter**
KREITER AND GIBBONS
70 W. Hubbard Street
Suite 302
Chicago, IL 60610
312-222-0001
Fax: 312-222-9583
*TERMINATED: 05/29/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Susan M. Pavlow**
LAW OFFICES OF SUSAN M.
PAVLOW
53 W. Jackson Boulevard
Suite 1460
Chicago, IL 60604-3797
312-322-0094
Fax: 312-362-9907
Email: smpavlow@mac.com
*TERMINATED: 10/08/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Travis L. Noble, Jr.**
SINDEL AND SINDEL
8008 Carondelet
Suite 301
Clayton, MO 63105

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: Deborah O'Leary
            DEPUTY CLERK

314-721-6040
Fax: 314-721-8545
Email: tnoble@sindellaw.com
*TERMINATED: 10/08/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1) | The dft is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 57 months. Upon release from imprisonment, the dft shall be on supervised release for a term of 3 years. The dft shall pay a special assessment in the amount of $100 and a fine in the amount of $10,000.00. |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| USA | represented by | **Edward J. Rogers** OFFICE OF U.S. ATTORNEY 111 S. Tenth Street 20th Floor St. Louis, MO 63102 314-539-2200 Fax: 314-539-7695 Email: edward.rogers@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 03/20/2003 | 1 | INDICTMENT (referred to Mag. Judge Terry I. Adelman ) by USA; Counts filed against Anthony Zotta (1) count(s) 1 (KLK) (Entered: 03/20/2003) |
| 03/20/2003 | | ARREST Warrant issued for Anthony Zotta (KLK) (Entered: 03/20/2003) |
| 03/20/2003 | 2 | APPEARANCE for plaintiff USA by Attorney Edward J. Rogers (KLK) (Entered: 03/20/2003) |
| 03/24/2003 | | ARREST of defendant Anthony Zotta on 3/24/03 (LLW) (Entered: 04/15/2003) |
| 04/10/2003 | 3 | MOTION for attorney Mitchell Kreiter to appear pro hac vice as to Anthony Zotta by Anthony Zotta (LLW) (Entered: 04/10/2003) |
| 04/10/2003 | 4 | RECEIPT # S2003-006096 in the amount of $ 25.00 for atty admission fee as to Anthony Zotta (LLW) (Entered: 04/10/2003) |
| 04/10/2003 | | (Court only) Docket Modification (Utility) add attorney Mitchell D. Kreiter for defendant Anthony Zotta (LLW) (Entered: 04/10/2003) |
| 04/10/2003 | 5 | RULE 40 Documents received from District of Northern-Illinois as to defendant Anthony Zotta, consisting of the following: docket sheet, minutes of detention hearing, appearance bond, order setting conditions of release on bond, Rule 40/Removal proceedings, affidavit of complaint (LLW) (Entered: 04/11/2003) |
| 04/10/2003 | 6 | BOND Posted on 3/24/03( 10,000 secured) by Anthony Zotta (bond posted in the Northern District of Illinois) (LLW) Modified on 04/11/2003 (Entered: 04/11/2003) |
| 04/10/2003 | 7 | ORDER setting conditions of release for Anthony Zotta executed on 3/24/03 before the Honorable Mag/Judge Edward Bobrick (Northern Dist. of Illinois (cc: all counsel, USPT, USP, USM) (LLW) (Entered: 04/11/2003) |
| 04/10/2003 | 8 | RULED DOCUMENT by Mag. Judge Terry I. Adelman granting motion for attorney Mitchell Kreiter to appear pro hac vice as to Anthony Zotta [3-1] (cc: all counsel, USPT, USP, USM) (JMW) (Entered: 04/11/2003) |
| 04/10/2003 | 9 | MINUTES: before Mag. Judge Terry I. Adelman parties present for arraignment dft Anthony Zotta arraigned; not guilty plea entered; Attorney present; , ; motion filing ddl set for 4/21/03 for Zotta as to defendant Anthony Zotta ; Defendant Location: bond court reporter: J. M. Webb; Tape #: FTR Gold proceedings started: 2:11 p.m. - ended: 2:16 p.m. (JMW) (Entered: 04/11/2003) |
| 04/10/2003 | 10 | ORDER PRETRIAL MOTIONS by Mag. Judge Terry I. Adelman ; motion filing ddl set for 4/21/03 for Anthony Zotta Disclose suppresible evidence: forthwith. Each party to file Pretrial disclosure: forthwith. Each party to respond to Pretrial disclosure: 4/28/03. as to defendant Anthony Zotta (JMW) (Entered: 04/11/2003) |

| 04/15/2003 |    | (Court only) Docket Modification (Utility) satisfied XM (LLW) (Entered: 04/15/2003) |
| --- | --- | --- |
| 04/18/2003 | 11 | MOTION to extend time for 45 days to file pretrial motions as to defendant Anthony Zotta by Anthony Zotta w/EX A (LLW) (Entered: 04/18/2003) |
| 05/07/2003 | 12 | ORDER as to defendant Anthony Zotta by Mag. Judge Terry I. Adelman granting in part/denying in part the motion to extend time for 45 days to file pretrial motions as to defendant Anthony Zotta [11-1] ; motion filing ddl set for 5/16/03 for Anthony Zotta (cc: all counsel, USPT, USP, USM) (LLW) (Entered: 05/09/2003) |
| 05/16/2003 | 13 | WAIVER OF FILING PRETRIAL MOTIONS by defendant Anthony Zotta (JMW) (Entered: 05/16/2003) |
| 05/21/2003 | 14 | ORDER as to defendant Anthony Zottz by Mag. Judge Terry I. Adelman: IT IS HEREBY ORDERED that a status hearing is set on 5/30/03 at 10:00 a.m. pretrial motions satisfied on 5/21/03 ; status hearing set for 10:00 5/30/03 for Anthony Zotta (cc: all counsel, USPT, USP, USM) (PGD) (Entered: 05/22/2003) |
| 05/29/2003 | 15 | APPEARANCE for defendant Anthony Zotta by Attorney Travis L. Noble Jr., Susan M. Pavlow (LLW) (Entered: 05/29/2003) |
| 05/29/2003 |    | (Court only) Docket Modification (Utility) terminating attorney Mitchell D. Kreiter for Anthony Zotta (LLW) (Entered: 05/29/2003) |
| 06/04/2003 | 16 | ORDER as to defendant Anthony Zotta by Mag. Judge Terry I. Adelman IT IS HEREBY ORDERED that the status hearing is re-set to June 12, 2003 at 2 p.m., before the undersigned, Courtroom 15-South. The defendant must be present at the hearing. ; status hearing set for 2:00 6/12/03 for Anthony Zotta (cc: all counsel, USPT, USP, USM) (JMW) (Entered: 06/04/2003) |
| 06/12/2003 | 17 | MINUTES of Status Hearing on Pretrial Motions: before Mag. Judge Terry I. Adelman dft waives his right to have a hearing on pretrial matters, the court sets the jury trial and sends this file to Judge Carol E Jackson for disposition ; jury trial set for 9:00 7/21/03 for Anthony Zotta status hearing held on 6/12/03 as to defendant Anthony Zotta ; Defendant Location: released on bond court reporter: FTR-L Wildermuth; proceedings started: 2:24 - ended: 2:30 (LLW) (Entered: 06/13/2003) |
| 06/12/2003 | 18 | ORDER as to defendant Anthony Zotta by Mag. Judge Terry I. Adelman The parties are notified herein, that the trial of this matter is set on July 21, 2003 at 9 a.m., Courtroom 14-North, before the Honorable Carol E. Jackson, Chief Judge. ; jury trial set for 9:00 7/21/03 for Anthony Zotta (cc: all counsel, USPT, USP, USM) (JMW) (Entered: 06/18/2003) |
| 06/13/2003 |    | (Court only) Docket Modification (Utility) terminating case referral (LLW) (Entered: 06/13/2003) |

| 07/09/2003 | 19 | MOTION to amend indictment as to defendant: Anthony Zotta by USA (LLW) (Entered: 07/09/2003) |
|---|---|---|
| 07/10/2003 | 20 | MINUTES: before Honorable Carol E. Jackson guilty plea entered by Anthony Zotta as to defendant Antonio Zotta ; Defendant Location: bond court reporter: Gary Bond; proceedings started: 11:45a.m. - ended: 12:15p.m. (PGD) (Entered: 07/10/2003) |
| 07/10/2003 | 21 | STIPULATION OF FACTS RELATIVE TO SENTENCING by Anthony Zotta, USA regarding [20-1] (PGD) (Entered: 07/10/2003) |
| 07/10/2003 | 22 | ORDER as to defendant Anthony Zotta by Honorable Carol E. Jackson granting motion to amend indictment as to defendant: Anthony Zotta [19-1] IT IS FURTEHR ORDERED that the indictment is amended to correctly identlify the dft by his true name, Antonio Zotta. (cc: all counsel, USPT, USP, USM) (PGD) (Entered: 07/10/2003) |
| 07/10/2003 | 23 | ORDER as to defendant Antonio Zotta by Honorable Carol E. Jackson ; sentencing hearing set for 10:00 9/26/03 for Antonio Zotta ; objection to PSR deadline set for 9/5/03 for Antonio Zotta (cc: all counsel, USPT, USP, USM) (LLW) (Entered: 07/10/2003) |
| 07/11/2003 | 24 | ARREST Warrant returned executed as to Antonio Zotta on 3/24/03 Warrant for arrest of deft on: indictment (JMW) (Entered: 07/11/2003) |
| 09/08/2003 | 25 | ACCEPTANCE TO PSR by USA ; objection to PSR deadline met on 09/08/03 as to deft Antonio Zotta (JMW) (Entered: 09/08/2003) |
| 09/23/2003 | 26 | ORDER as to defendant Anthony Zotta by Honorable Carol E. Jackson IT IS HEREBY ORDERED that the defendant's request for a continuance is granted. IT IS FURTHER ORDERED that the defendant's sentencing hearing is continued to Wednesday, October 8, 2003, at 11:00 a.m. The defendant is required to be present. jury trial satisfied on 9/23/03 ; sentencing hearing set for 11:00 10/8/03 for Antonio Zotta (cc: all counsel, USPT, USP, USM) (JMW) (Entered: 09/23/2003) |
| 09/23/2003 | | MOTION for continuance of sentencing hearing as to defendant Anthony Zotta by Antonio Zotta (JMW) (Entered: 09/23/2003) |
| 09/23/2003 | | (Court only) Docket Modification (Utility) terminating motion for continuance of sentencing hearing as to defendant Anthony Zotta [0-1] (JMW) (Entered: 09/23/2003) |
| 09/30/2003 | 27 | ACCEPTANCE TO PSR by Antonio Zotta ; objection to PSR deadline met on 9/30/03 as to deft Antonio Zotta (LLW) (Entered: 10/01/2003) |
| 10/08/2003 | 28 | MINUTES: before Honorable Carol E. Jackson: Dft Sentenced-See Judgment sentencing hearing held on 10/8/03 as to defendant Antonio Zotta ; Defendant Location: custody court reporter: Gary Bond; proceedings started: 11:00a.m. - ended: 12:00p.m. (PGD) (Entered: |

| | | |
|---|---|---|
| | | 10/08/2003) |
| 10/08/2003 | 29 | PRESENTENCE REPORT w/statement of reasons page attached FILED UNDER SEAL on Antonio Zotta (PGD) (Entered: 10/08/2003) |
| 10/08/2003 | 29 | (Court only) SEALED document [29-1] (PGD) (Entered: 10/08/2003) |
| 10/08/2003 | 30 | JUDGMENT by Honorable Carol E. Jackson as to Antonio Zotta sentencing Antonio Zotta (1) count(s) 1. The dft is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 57 months. Upon release from imprisonment, the dft shall be on supervised release for a term of 3 years. The dft shall pay a special assessment in the amount of $100 and a fine in the amount of $10,000.00. , case terminated (cc: all counsel, USPT, USP, USM) (PGD) Additional attachment(s) added on 11/3/2003 (FLJ, ). (Entered: 10/08/2003) |
| 11/24/2003 | 31 | Marshal's Return on Judgment as to Antonio Zotta on 11/18/2003. defendant delivered to: FPC at Duluth, MN (JMW, ) (Entered: 11/25/2003) |
| 01/22/2004 | | Receipt: by Antonio Zotta $ 25.00, receipt number s2004-3627, Special Assessment. (KLH, ) Modified on 1/28/2004 (KLH, ). (Entered: 01/26/2004) |
| 04/27/2004 | | Receipt: by Antonio Zotta $ 25.00, receipt number S2004-6135 Special Assessment (JMW, ) (Entered: 04/28/2004) |
| 07/13/2004 | | Receipt: by Antonio Zotta $ 25.00, receipt number s2004-8518 Special Assessment. (KLH, ) (Entered: 07/13/2004) |
| 08/12/2004 | | Receipt: by Antonio Zotta $ 25.00, receipt number s2004-9524 Special Assessment. (KLH, ) (Entered: 08/13/2004) |
| 08/12/2004 | | Receipt: by Antonio Zotta $ 25.00, receipt number s2004-9525 Fine. (KLH, ) Modified on 9/20/2004 (KCM, ). (Entered: 08/13/2004) |
| 08/30/2004 | | Receipt: by Antonio Zotta $ 75.00, receipt number s2004-9972 for Fine. (KLH, ) (Entered: 08/31/2004) |
| 08/30/2004 | | Receipt: by Antonio Zotta $ 984.60, receipt number s2004-9974 for Fine. (KLH, ) (Entered: 08/31/2004) |
| 08/30/2004 | | Receipt: by Antonio Zotta $ 1343.80, receipt number s2004-9973 for Fine. (KLH, ) (Entered: 08/31/2004) |
| 09/13/2004 | | Receipt: by Antonio Zotta $ 50.00, receipt number 2004-10316 for Fine. (KLH, ) (Entered: 09/15/2004) |
| 10/21/2004 | | Receipt: by Antonio Zotta $ 50.00, receipt number s2005-0776 for Fine. (KLH, ) (Entered: 10/21/2004) |
| 11/10/2004 | | Receipt: by Antonio Zotta $ 50.00, receipt number s2005-1370 for Fine. (KLH, ) (Entered: 11/12/2004) |

| 12/14/2004 | | Receipt # S2005-002232 in the amount of $50.00 for FINE on behalf of ZOTTA, ANTONIO. (CSW,) (Entered: 12/14/2004) |
| --- | --- | --- |
| 01/12/2005 | | Receipt # S2005-003110 in the amount of $50.00 for FINE on behalf of ZOTTA, ANTONIO. (CSW,) (Entered: 01/12/2005) |
| 02/10/2005 | | Receipt # S2005-004148 in the amount of $50.00 for FINE on behalf of ZOTTA, ANTONIO. (CSW,) (Entered: 02/10/2005) |
| 03/10/2005 | | Receipt # S2005-004895 in the amount of $50.00 for FINE on behalf of ZOTTA, ANTONIO. (CSW,) (Entered: 03/10/2005) |
| 07/25/2005 | | Receipt # S2005-008887 in the amount of $50.00 for FINE on behalf of ZOTTA, ANTONIO. (CSW,) (Entered: 07/25/2005) |
| 10/19/2005 | | Receipt # S2006-000547 in the amount of $50.00 for FINE on behalf of ZOTTA, ANTONIO. (CSW,) (Entered: 10/19/2005) |
| 01/13/2006 | | Receipt # S2006-003299 in the amount of $50.00 for FINE on behalf of ZOTTA, ANTONIO. (CSW,) (Entered: 01/16/2006) |
| 04/20/2006 | | Receipt # S2006-006399 in the amount of $50.00 for FINE on behalf of ZOTTA, ANTONIO. (CSW,) (Entered: 04/20/2006) |
| 06/14/2006 | | Receipt # S2006-008197 in the amount of $50.00 for FINE on behalf of ZOTTA, ANTONIO. (CSW,) (Entered: 06/14/2006) |
| 07/25/2006 | | Receipt # S2006-009534 in the amount of $50.00 for FINE on behalf of ZOTTA, ANTONIO. (CSW,) (Entered: 07/25/2006) |
| 09/12/2006 | | Receipt # S2006-010914 in the amount of $7348.84 for FINE, INTEREST ON FINES on behalf of ZOTTA, ANTONIO. (CSW,) (Entered: 09/13/2006) |
| 10/16/2006 | 32 | SATISFACTION of as to Antonio Zotta regarding Fine (Golemon, Deborah) (Entered: 10/16/2006) |
| 01/14/2008 | 33 | Supervised Release Jurisdiction Transferred to Northern District of Illinois as to Antonio Zotta Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Attachments: # 1 cover letter)(DJO) (Entered: 01/17/2008) |
| 01/17/2008 | 34 | Letter from Clerk, U.S. District Court Re: transfer of jurisdiction; (DJO) (Entered: 01/17/2008) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAR 2 0 2003

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| ANTHONY ZOTTA, | ) 4:03CR00154CEJ |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning at a unknown time but including February 28, 2003, and continuing on through the date of this indictment, in the Eastern District of Missouri and elsewhere,

**ANTHONY ZOTTA,**

the defendant herein, and others both known and unknown to the Grand Jury did knowingly and unlawfully combine, conspire, agree, and confederate together to distribute a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846 and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
/FOREPERSON

RAYMOND W. GRUENDER
United States Attorney

_____
Edward J. Rogers, #14166
Assistant United States Attorney

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
DEPUTY CLERK

# United States District Court

## Eastern District of Missouri

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| ANTONIO ZOTTA | Case Number: 4:03CR154CEJ |
| | Travis Noble & Susan Pavlow |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  one of the one-count indictment on July 10, 2003

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty

FILED
OCT - 8 2003
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute Cocaine | 2/28/03 | One |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

October 8, 2003
Date of Imposition of Judgment

*/s/ Carol E. Jackson*
Signature of Judicial Officer

Carol E. Jackson
United States District Judge
Name & Title of Judicial Officer

Same as above

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: _____
DEPUTY CLERK

October 8, 2003
Date

Record No.: 179

30

DEFENDANT: ANTONIO ZOTTA
CASE NUMBER: 4:03CR154CEJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  57 months.

☒ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be assigned to a Intensive Confinement Center, or in the alternative, that the defendant be allowed to participate in the 500 hour intensive drug treatment program.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./pm on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal
  ☐ as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy U.S. Marshal

DEFENDANT: ANTONIO ZOTTA
CASE NUMBER: 4:03CR154CEJ

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: ANTONIO ZOTTA
CASE NUMBER: 4:03CR154CEJ

## ADDITIONAL SUPERVISED RELEASE TERMS

1) The defendant shall participate, as directed by the probation officer, in a drug or alcohol abuse treatment program approved by the United States Probation Office, which may include substance abuse testing, counseling, residence in a Community Corrections Center, residence in a Comprehensive Sanctions Center, or in-patient treatment in a treatment center or hospital.
The defendant shall pay for the costs associated with substance abuse counseling based on a co-payment sliding fee scale approved by the United States Probation Office. Co-payments shall never exceed the total cost of counseling.

2) The defendant shall abstain from the use of alcohol and/or all other intoxicants.

3) The defendant shall provide the United States Probation Office access to any requested financial information.

4) The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the United States Probation Office so long as there is a balance on the Court-imposed financial obligation.

5) The defendant shall pay the fine as previously ordered by the Court.

Judgment-Page 5 of 6

DEFENDANT: ANTONIO ZOTTA
CASE NUMBER: 4:03CR154CEJ

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00 | $10,000.00 |  |

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such a determination.

☐ The defendant shall make restitution, payable through the Clerk of Court, to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Totals: |  |  |  |

☐ If applicable, restitution amount ordered pursuant to plea agreement _____

☐ The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the.   ☐ fine and /or   ☐ restitution.

☐ The interest requirement is modified as follows:   ☐ fine and /or   ☐ restitution is modified as follows

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: ANTONIO ZOTTA
CASE NUMBER: 4:03CR154CEJ

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of $10,100.00 due immediately, balance due

    ☐ not later than _____ , or

    ☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below; or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Special instructions regarding the payment of criminal monetary penalties:

**If the defendant is unable to pay the fine in full immediately, then the fine shall be paid in installments of not less than $200.00 per month, with payments to commence no later than 30 days after release from imprisonment.**

    Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

    The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall participate in the Inmate Financial Responsibility Program during his incarceration.

☐ Joint and Several
    Defendant Name, Case Number, and Joint and Several Amount

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution; (6) fine interest. (7) penalties, and (8) costs, including cost of prosecution and court costs

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 4:03CR00154 CEJ |
|---|---|---|
| **TRANSFER OF JURISDICTION** MAGISTRATE JUDGE ASHMAN | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Antonio Zotta , 2nd Floor | DISTRICT Eastern District of Missouri | DIVISION Eastern District of Missouri |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Carol E. Jackson Chief United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 4, 2007 — TO May 3, 2010 |

OFFENSE
Conspiracy to Distribute Cocaine

**08CR 0020**

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"   **JUDGE DOW**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

December 13, 2007
Date

*[signature]*
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

A TRUE COPY OF THE ORIGINAL
JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
BY: *[signature]* Deborah O'Leary
DEPUTY CLERK

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 8 2008
Effective Date

*[signature]* James F. Holderman
United States District Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By *[signature]* Eleanore Duff
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 1-11-08

**RECEIVED**
JAN 0 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT